1   DANIEL G. BOGDEN
    United States Attorney
2   KATHRYN C. NEWMAN
    PHILLIP N. SMITH, JR.
3   Assistant United States Attorney
4   333 Las Vegas Blvd. South, Suite 5000
    Las Vegas, Nevada  89101
5   PHONE: (702) 388-6503
    FAX:  (702) 388-6418
6   Attorneys for the Plaintiff
7
8                 UNITED STATES DISTRICT COURT
9                     DISTRICT OF NEVADA
10
11  IN THE MATTER OF THE SEARCH OF        Magistrate No. 2:14-mj-313-NJK
    INFORMATION ASSOCIATED WITH
12  FACEBOOK USER IDS:                    **Motion to Unseal**
    WWW.FACEBOOK.COM/NEMIAS.MARIN;
13  WWW.FACEBOOK.COM/CATRACHO.MC;
    WWW.FACEBOOK.COM/EL.PANTERA.520;
14  THAT IS STORED AT PREMISES
    CONTROLLED BY FACEBOOK, INC.
15
16
17
18          The United States, by and through its undersigned counsel, hereby moves to unseal the above

19  captioned matter.

20          The United States sought three, consecutive search warrants as to these Facebook accounts

21
22  during an investigation of allegations of Prohibited Persons in Possession of Firearms, in violation of

23  18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2)X, and violations of the Migratory Bird Treaty Act, 16 U.S.C.

24  §§ 703 and 707(a). The search warrant issued in this matter was the second of the three.  The United

25  States moved for a sealing order in each case and a non-disclosure order to Facebook to protect the

26
27  investigation. At this time, the investigation has concluded. Charges have been filed against three

28  individuals arising out of the investigation. *United States v. Acevdo-Hernandez*, 2:14-cr-242-JCM-

                                        1

VCF. There is no longer a need to keep the cases sealed. Moreover, the United States may have an obligation to produce the search warrants issued in these matters.  Therefore, the United States moves the Court to unseal this case.

DATED:  this 18th day of July, 2014.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

KATHRYN C. NEWMAN
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED THAT the following case, *In the Matter of the Search of Information Associated with Facebook User IDs: www.facebook.com/nemias.marin; www.facebook.com/catracho.mc; www.facebook.com/el.patera.520; That Is Stored at Premises Controlled by Facebook, Inc.*, Magistrate No. 2:14-mj-313-NJK, is unsealed.

IT IS SO ORDERED.
DATED: July 21, 2014.

NANCY J. KOPPE
United States Magistrate Judge